# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARL S. VINCENT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-14262** |
| **KEITH COOLEY, WARDEN** | **SECTION: "B"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge as supported by our review of the record and applicable law, and adopts it as the opinion of the court. Therefore,

**IT IS ORDERED** that the petition of Earl S. Vincent III for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this  10th  day of October, 2017.

_____

SENIOR UNITED STATES DISTRICT JUDGE